UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN BUSHANSKY, etc.,

    Plaintiff,

v.                                     CASE NO. 3:16-cv-1224-J-34JBT

EVERBANK FINANCIAL CORP.,
et al.,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** is before the Court on Plaintiff's Motion for Michael A. Rogovin to Appear Pro Hac Vice ("Motion") (Doc. 2). Upon consideration, the Motion is due to be denied without prejudice because it does not comply with all requirements set forth in Local Rule 2.02(a). Specifically, the Motion does not state whether Mr. Rogovin is a "member in good standing of the bar of any District Court of the United States." M.D. Fla. R. 2.02(a). Additionally, the Motion does not state the number of cases in Florida in which Mr. Rogovin has appeared within the last five years. Special admission is allowed only if the "privilege is not abused by appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida." *Id.*

    Accordingly, it is **ORDERED**:

    The Motion (**Doc. 2**) is **DENIED without prejudice** to refiling an amended motion at any time when the requirements of Local Rule 2.02(a) are satisfied.

**DONE AND ORDERED** at Jacksonville, Florida, on September 30, 2016.

*Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record