UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN BUSHANSKY, On Behalf of Himself
and All Others Similarly Situated,

      Plaintiff,

v.                                    Case No. 3:16-cv-1224-J-39JBT

EVERBANK FINANCIAL CORP., et al.,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Unopposed Withdrawal of Motion for Preliminary Injunction (Doc. 17; Notice). Plaintiff's Notice represents that Defendants filed "supplemental disclosures" which "substantially address[ed]" the disclosures sought by Plaintiff in his Emergency Motion for Preliminary Injunction (Doc. 9; Motion) rendering the Motion moot. Notice at 1. In light of the foregoing, it is hereby

**ORDERED:**

1. Plaintiff's Emergency Motion for Preliminary Injunction (Doc. 9) is deemed withdrawn and the Clerk of the Court shall **TERMINATE** the Motion.

2. The Court's October 21, 2016 Order is **VACATED**. The Hearing scheduled for November 3, 2016 is **CANCELLED**.

3. The parties shall file a joint notice with the Court regarding the status of this case on or before **November 11, 2016**.

**DONE** and **ORDERED** in Jacksonville, Florida this 27th day of October, 2016.

_____
BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Counsel of Record
Unrepresented Parties