UNITED STATES DISTRICT COURT
MIDDLE DISTRICT, FLORIDA
JACKSONVILLE DIVISION

STEPHEN BUSHANSKY, on behalf of
himself and all other similarly situated,

    Plaintiff,

vs.                      Case No.: 3:16cv1224-J-39JBT

EVERBANK FINANCIAL CORP., et al,

    Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   (i)    Plaintiff Stephen Bushansky.

   (ii)   Defendant EverBank Financial Corp is a holding company for two direct operating subsidiaries, EverBank and EverBank Funding, LLC. No parent corporation or publicly held corporation owns 10% or more of the stock of EverBank Financial Corp. EverBank's subsidiaries are the following:

- AMC Holding, Inc., the parent of CustomerOne Financial Network, Inc.;

{39838048;1}

- Tygris Commercial Finance Group, Inc., the parent of EverBank Commercial Finance, Inc.;

- EverInsurance, Inc.;

- Elite Lender Services, Inc.;

- EverBank Wealth Management, Inc.; and

- Business Property Lending, Inc.

(iii)   Defendants' counsel Akerman, LLP, Christian P. George, and Brian P. Miller.

(iv)   Plaintiff's counsel WeissLaw LLP, Michael A. Rogovin, Durant & Schoeppel, P.A., Stephen H. Durant, and Catherine Popham Decunto.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in the bankruptcy cases:

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff Stephen Bushansky alleges he is a victim.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this

case, and will immediately notify the Court in writing on learning of any such conflict.

| | |
|---|---|
| Dated: November 1, 2016 | By: *s/Christian P. George*<br>Christian P. George<br>Florida Bar No. 41055<br>Email: christian.george@akerman.com<br>AKERMAN LLP<br>50 North Laura Street, Suite 3100<br>Jacksonville, Florida 32202<br>Telephone: (904) 798-3700<br>Facsimile: (904) 798-3730<br><br>and<br><br>Brian P. Miller, Esq.<br>Florida Bar Number: 0980633<br>Email: brian.miller@akerman.com<br>AKERMAN LLP<br>Three Brickell City Centre<br>98 Southeast Seventh Street<br>Suite 1100<br>Miami, FL 33131<br>Phone: (305) 374-5600<br>Fax: (305) 374-5095<br><br>*Attorneys for Defendants Everbank Financial Corp., Robert M. Clements, W. Blake Wilson, Joseph D. Hinkel, Merrick R. Kleeman, W. Radford Lovett II, Arrington H. Mixon, Robert J. Mylod, Jr., Russell B. Newton III, William Sanford, Richard P. Schifter and Scott M. Stuart* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will cause a copy to be served on the following counsel of record:

Stephen H. Durant, Esq.  
Catherine Popham Decunto, Esq.  
Durant & Schoeppel, P.A.  
6550 St. Augustine Rd., Suite 105  
Jacksonville, FL 32217  

Michael A. Rogovin, Esq.  
WeissLaw LLP  
1500 Broadway, 16th Floor  
New York, NY 10036  

*/s/ Christian P. George*  
Attorney

{39838048;1}

4