UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN BUSHANSKY, On Behalf of
Himself and All Others Similarly
Situated,

      Plaintiff,

v.                                    Case No. 3:16-cv-1224-J-39JBT

EVERBANK FINANCIAL CORP.,
ROBERT M. CLEMENTS, W. BLAKE
WILSON, JOSEPH D. HINKEL,
MERRICK R. KLEEMAN, W.
RADFORD LOVETT, II, ARRINGTON
H. MIXON, ROBERT J. MYLOD, JR.,
RUSSELL B. NEWTON, III, WILLIAM
SANFORD, RICHARD P. SCHIFTER,
and SCOTT M. STUART,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 21; Notice) filed on November 16, 2016. In the Notice, Plaintiff requests a dismissal of this case without prejudice. See Notice at 1. Accordingly, it is hereby **ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 28th day of November, 2016.

BRIAN J. DAVIS
United States District Judge

em

Copies furnished to:

Counsel of Record