UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN BUSHANSKY, On Behalf of
Himself and All Others Similarly
Situated,

    Plaintiff,

v.                                       Case No. 3:16-cv-1224-J-39JBT

EVERBANK FINANCIAL CORP., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL[1]

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 21; Notice). Plaintiff's Notice was self-executing and effective upon filing because Defendants had not yet answered the Complaint (Doc. 1) or moved for summary judgment. See Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (citing Fed. R. Civ. P. 41(a)(1)(A)(i)). Accordingly, Plaintiff's case against Defendants is dismissed with prejudice.[2]

**DONE** and **ORDERED** in Jacksonville, Florida this 30th day of November, 2016.

                                                  BRIAN J. DAVIS
                                                  United States District Judge

---

[1] This Order vacates and supersedes the Court's November 29, 2016 Order.

[2] This file shall remain closed.

mw
Copies furnished to:

Counsel of Record